IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| BARBARA CRENSHAW, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 07-2010-JPM-dkv |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social | ) |
| Security Administration, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

_____

    Before the Court is the Magistrate's Report and Recommendation on Plaintiff Barbara Crenshaw's appeal from a partial denial of her claim for disability insurance benefits under Title II of the Social Security Act by the Commissioner of Social Security, filed January 10, 2007.  The Magistrate recommends remanding the case to the Commissioner.

    In determining that such action is appropriate, the Magistrate found that (1) the ALJ's determination that Crenshaw did not become disabled until May 23, 2004, is not supported by substantial evidence; (2) the services of a medical expert should have been obtained to determine the proper disability onset date; and (3) the ALJ failed to provide an analytical basis for the determination that the impairments failed to meet the listed criteria under § 2.07.

No objections to the Report and Recommendation have been filed, and the time for filing objections has since expired. Upon de novo review of the Magistrate Judge's recommendation, the Court ADOPTS the Report and Recommendation in its entirety and REMANDS the case for redetermination on these three issues.

So ORDERED this 5th day of September, 2007.

/s/ JON P. McCALLA
UNITED STATES DISTRICT COURT